UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br><br>INNOVATION VENTURES, LLC dba LIVING ESSENTIALS, a Michigan corporation,<br><br>Defendant. | **CASE NO. 08-CV-1166-IEG (POR)**<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF RESPONSE TO HANSEN BEVERAGE COMPANY'S MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIM**<br><br>**[Doc. No. 158]** |

The Court DENIES Defendant Innovation Ventures, LLC dba Living Essentials' ex parte application for leave to file a surreply with regard to the motion set for hearing on December 14, 2009 at 10:30 a.m.  (Doc. No. 158.)

**IT IS SO ORDERED.**

**DATED: December 11, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**