**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

 HANSEN BEVERAGE COMPANY   v.   INNOVATION VENTURES    No.  08-CV-1166-IEG(WVG)

HON. WILLIAM V. GALLO         CT. DEPUTY J. YAHL              RPTR.

Attorneys

Plaintiffs                                                           Defendants

 

 

 

A Discovery Conference will be held on December 18, 2009, at 9:00 A.M. in Courtroom F. Counsel shall participate by telephone conference call. Counsel shall contact Judge Gallo's Chambers with the appropriate contact number for the call. The Court will initiate the telephone conference call.

DATED:  December 15, 2009

                                                Hon. William V. Gallo
                                                U.S. Magistrate Judge