**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

 HANSEN BEVERAGE COMPANY   v.   INNOVATION VENTURES    No.  08-CV-1166-IEG(WVG)

HON. WILLIAM V. GALLO          CT. DEPUTY J. YAHL            RPTR.

Attorneys

Plaintiffs                                                    Defendants


The Discovery Conference set for December 18, 2009, at 9:00 A.M. is VACATED and reset for December 22, 2009 at 8:00 A.M. in Courtroom F. Counsel shall participate by telephone conference call. Counsel shall contact Judge Gallo's Chambers with the appropriate contact number; the Court will initiate the telephone conference call.

DATED:  December 16, 2009

                                              /s/ William V. Gallo
                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge