# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INNOVATION VENTURES, LLC dba LIVING ESSENTIALS, a Michigan corporation,<br><br>　　　　　Defendant. | CASE NO. 08-CV-1166-IEG (POR)<br><br>**ORDER CLARIFYING HEARING DATE FOR HANSEN BEVERAGE COMPANY'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL** |

In an order dated January 19, 2010, the Court denied Hansen Beverage Company's ("Hansen") ex parte motion for a limited stay. (Doc. No. 181.) In that order, the Court misstated the hearing date on Hansen's motion for certification for interlocutory appeal. The Court hereby clarifies that the hearing date on the motion for certification is set for **Monday, February 22, 2010 at 10:30 a.m.**

**IT IS SO ORDERED.**

DATED: January 21, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court