UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANSEN BEVERAGE COMPANY, | ) | Civil No.  08-CV-1166-IEG(WVG) |
| Plaintiff, | ) ) | ORDER GRANTING HANSEN'S EX PARTE APPLICATION TO FILE |
| v. | ) ) | UNDER SEAL |
| INNOVATION VENTURES, LLC dba LIVING ESSENTIALS, | ) ) ) | (Doc. No. 177) |
| Defendant. | ) ) | |

Plaintiff Hansen's unopposed Ex Parte Application to File Under Seal An Exhibit to Hansen's Opposition To Living Essentials Ex Parte Motion is GRANTED. The document may be filed under seal.

DATED: January 28, 2010

_____
Hon. William V. Gallo
U.S. Magistrate Judge

1

08cv1166