**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u> HANSEN BEVERAGE COMPANY </u>  v.  <u> INNOVATION VENTURES </u>  No. <u> 08-CV-1166-IEG(WVG) </u>

<u>HON. WILLIAM V. GALLO</u>        <u>CT. DEPUTY J. YAHL</u>             <u>RPTR.                    </u>

<u>Attorneys</u>

<u>Plaintiffs</u>                                                      <u>Defendants</u>


    A Discovery Conference will be held on <u>February 17, 2010</u>, at <u>9:30 A.M.</u> in Courtroom F. Counsel shall participate by telephone conference call. Counsel shall contact Judge Gallo's Chambers with the appropriate contact number for the call no later than <u>February 16</u> at noon. The Court will initiate the telephone conference call.


DATED:  February 4, 2010

                                            _____
                                            Hon. William V. Gallo
                                            U.S. Magistrate Judge