## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

 HANSEN BEVERAGE COMPANY    v.   INNOVATION VENTURES   No.   08-CV-1166-IEG(WVG)

HON. WILLIAM V. GALLO          CT. DEPUTY J. YAHL              RPTR.

                              Attorneys

        Plaintiffs                                    Defendants


    The Court has scheduled a telephonic Discovery Conference for February 17, 2010, at 9:30 A.M. (Doc. No. 190.) The subject of discussion at this conference shall be Defendant's Ex Parte Motion to Compel. (Doc. No. 170.)

    An additional telephonic Discovery Conference is set for February 24, 2010 at 9:00 A.M. This conference is intended to resolve all remaining discovery disputes. Plaintiff shall file a statement of all disputes no later than February 11, 2010. Defendant shall oppose Plaintiff's statement and include a statement of its own disputes no later than February 16, 2010. Plaintiff shall reply no later than February 18, 2010. The parties shall include supporting law and documents with their statements.

DATED:  February 8, 2010

                                      Hon. William V. Gallo
                                      U.S. Magistrate Judge