1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVATION VENTURES, LLC dba LIVING ESSENTIALS, a Michigan corporation,<br><br>Defendant. | CASE NO. 08-CV-1166-IEG (WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR HANSEN'S OBJECTIONS TO MAGISTRATE JUDGE GALLO'S ORDER ON MOTION TO COMPEL** |

Presently before the Court is Hansen Beverage Company's ("Hansen") Objections to Magistrate Judge William V. Gallo's Order resulting from hearings on February 23, 2010 and March 3, 2010, compelling Hansen to produce certain of its energy drink formulae and addressing other miscellaneous discovery matters (the "Order"). Hansen files its Objections pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A).

On March 5, 2010, the parties submitted to Magistrate Judge Gallo a joint request for modification or clarification of the Order. On March 10, 2010, Hansen filed the instant Objections in order to preserve its right to object. (Doc. No. 209.) Subsequently, Magistrate Judge Gallo declined to modify the Order, but provided clarification. (Doc. No. 210.)

//
//

1        The Court sets the following briefing schedule for Hansen's Objections:

2        1.     Hansen may file a supplemental brief, limited to responding to Magistrate Judge Gallo's most recent decision declining to modify the Order and providing clarification, on or before **<u>Thursday March 18, 2010</u>**.

5        2.     Living Essentials shall file an opposition to Hansen's Objections on or before **<u>Thursday March 25, 2010</u>**.

7        3.     Hansen shall file a reply on or before **<u>Monday March 29, 2010</u>**.

8        **IT IS SO ORDERED.**

10 **DATED: March 16, 2010**

                                      *Irma E. Gonzalez*
                                      **IRMA E. GONZALEZ, Chief Judge**
                                      **United States District Court**