UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, | Civil No. 08-CV-1166-WVG |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** **[Fed.R.Civ.P. 41(a)(1)(A)(ii)]** |
| v. | |
| INNOVATION VENTURES, LLC, | (Doc. No. 248) |
| Defendant. | |

Upon the joint motion of the parties and their consent to continuing jurisdiction of United States Magistrate Judge William V. Gallo, pursuant to the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, and for good cause appearing, IT IS HEREBY ORDERED that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the amended complaint of Hansen Beverage Company, a Delaware corporation, and the amended counterclaims of Innovation Ventures, LLC, dba Living Essentials, a Michigan limited liability company, are hereby dismissed with prejudice, each party to bear its own attorneys' fees, costs and expenses, and Magistrate Judge Gallo to retain jurisdiction to enforce and/or adjudicate any issues pertaining to the parties' settlement agreement, effective as of September 1, 2010, for four years from that date.

DATED: September 21, 2010

_____
Hon. William V. Gallo
U.S. Magistrate Judge